UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAROLD VINCENT (#73128)

VERSUS                                                    CIVIL ACTION

MELODY SPRAGG, ET AL                                      NUMBER 09-926-JJB-SCR

RULING

Pro se plaintiff, an inmate at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Melody Spragg, Warden N. Burl Cain, Dr. Roundtree, Dr. Williams, Gwen Hardin, Stayce Menzena Falgout, Donny Barr, Trish Foster and Lt. Rust. Plaintiff alleged that he was removed from the Hospice-Palliative Care Program, he was denied pain medication, his administrative grievance was not processed promptly, and he was issued false disciplinary reports in violation of his constitutional rights.

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because on three prior occasions during detention, the plaintiff brought an action that was dismissed as frivolous or for failure to state a claim upon which relief can be granted.[1]

---

[1] Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury. Plaintiff's claims do not fall under the exception.

A review of the record showed that the plaintiff failed to pay the filing fee. Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, December __14th__, 2009.

```
                              _____
                              JAMES J.  BRADY
                              UNITED STATES DISTRICT JUDGE
```